**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-1874**

———————

RILEY THORNOCK,

        Plaintiff - Appellant,

      v.

JES FOUNDATION REPAIR LLC; GROUNDWORKS OPERATIONS, LLC; MATT MALONE; NICK FEASTER,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:25-cv-00161-JAG)

———————

Submitted:  November 25, 2025             Decided:  December 1, 2025

———————

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Riley Thornock, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Riley Thornock appeals the district court's order dismissing his amended complaint with prejudice for failure to state a federal claim under 28 U.S.C. § 1915(e)(2)(B)(ii), and declining to exercise supplemental jurisdiction over his state law claims. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Thornock's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*